**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| IDEATIVE PRODUCT VENTURES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | **Civil Action No. 4:12-cv-277** |
| | § | |
| SEARS, ROEBUCK AND CO., INC., | § | **JURY DEMANDED** |
| | § | |
| Defendant. | § | |

---

**JOINT MOTION TO DISMISS WITH PREJUDICE**

---

Pursuant to Federal Rules of Civil Procedure 41(a)(2) and (c), Plaintiff Ideative Product Ventures, Inc. ("Ideative") and Defendant Sears, Roebuck and Co. ("Sears") hereby move for an order dismissing all claims asserted between Ideative and Sears, with prejudice.  In support of this motion, the foregoing parties state:

1.    Ideative and Sears have compromised and have settled the claims that they have asserted against each other in this case.

2.    In connection with their compromise and settlement, Ideative and Sears have agreed to seek dismissal, with prejudice, of their claims in this case.

3.    A proposed order of dismissal of all claims in this case is attached to this motion.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Ideative Product Ventures, Inc. and Defendant Sears, Roebuck and Co. respectfully request the Court to enter an order of dismissal with prejudice of all the parties' claims in this case.

Dated:  May 6, 2013                                  Respectfully Submitted,


/s/ James E. Davis
**JAMES E. DAVIS**
State Bar No. 05504200
Kelly J. Kubasta
State Bar No. 24002430
Todd C. Basile
State Bar No. 24078205
**KLEMCHUK KUBASTA, L.L.P.**
8150 N. Central Expressway, 10th Floor
Dallas, Texas 75206
(214) 367-6000 - Telephone
(214) 367-6001 – Facsimile
jim.davis@kk-llp.com
kelly.kubasta@kk-llp.com
todd.basile@kk-llp.com
docketing_kkllp@me.com

**ATTORNEYS FOR PLAINTIFF**


By:  */s/ Li Chen*

**SIDLEY AUSTIN LLP**
Li Chen (TX Bar 24001142)
(lchen@sidley.com)
Tung T. Nguyen (TX Bar 24007745)
(tnguyen@sidley.com)
John P. Wisse (TX Bar 24060848)
(jwisse@sidley.com)
Lauren Grau (TX Bar 24065322)
(lgrau@sidley.com)
717 North Harwood Street, Suite 3400
Dallas, TX  75201
Telephone:  214-981-3300
Facsimile:  214-981-3400

**ATTORNEYS   FOR   DEFENDANT   SEARS,
ROEBUCK AND CO.**

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on May 6, 2013.


*/s/ James E. Davis*
James E. Davis